# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gloria Elena Nunez Hernandez, et al., | No. CV-16-00343-TUC-FRZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Rose Rivera, et al., | |
| Defendants. | |

The parties have filed a joint Motion requesting that this action be dismissed pursuant to Rule 41(a)(1)(A)(ii). (Doc. 25). Further, Plaintiffs filed a *Notice of Withdrawal* of their "Motion to Associate Counsel." (Doc. 26).

Accordingly, IT IS ORDERED that the Complaint is dismissed *without* prejudice.[1]

IT IS FURTHER ORDERED that Plaintiffs' "Motion or Leave to Appear as Associate Counsel" (Doc. 22) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court enter judgment and close the case.     Dated this 31st day of October, 2016.

Honorable Frank R. Zapata
Senior United States District Judge

---

[1] *See Anthony Noel v. Crane Medical Transportation*, District of Arizona (June 17, 2016) (dismissing a Complaint pursuant to Rule 41(a) absent pending cross-claims and alleged prejudice).