# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gloria Elena Nunez Hernandez, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Rose Rivera, et al.,<br><br>　　　　　Defendants. | **NO. CV-16-00343-TUC-FRZ**<br><br>**JUDGMENT OF DISMISSAL<br>IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and Plaintiff having filed a Motion or Notice of Dismissal, this action is hereby dismissed without prejudice.

　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

October 31, 2016

　　　　　　　　　　　　　　　　　　s/ K Hughes
　　　　　　　　　　　　　　By　　Deputy Clerk